UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-00638 PA (ASx) | Date | June 30, 2020 |
|---|---|---|---|
| Title | James Rutherford v. Freeman Property Ventures LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS

On June 22, 2020, the Court issued an Order to Show Cause in writing why the Court should not impose sanctions and/or strike defendant Freeman Property Ventures LLC's ("Defendant") answer for failing to attend the Scheduling Conference. (Dkt. No. 20.) Defendant filed a Response on June 29, 2020, stating that Defendant inadvertently failed to scheduled the date for the Scheduling Conference due to decreased staffing because of Covid-19. (Dkt. No. 21.) The Court finds Defendant's Response sufficient to discharge the Order to Show Cause. However, Defendant is warned that failure in the future to comply with the Local Rules, Federal Rules of Civil Procedure, or the Court's orders may result in sanctions and/or striking Defendant's Answer without further warning.

The Court has received the plaintiff's 26(f) report and finds that a scheduling conference is not necessary. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates.

The Court notes that the plaintiff estimates that trial will consume 4 trial days. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are unlikely to have as much time to try this case as they appear to anticipate.

This case is referred to the Court's Mediation Panel. Alternatively, the parties may agree to use the services of a private mediator. If the parties elect to use a private mediator, they must file within fourteen (14) days a notice of election of private mediation with the name of the private mediator selected. If the parties have not selected a Panel Mediator within twenty-one (21) days or filed a notice of election of private mediation within fourteen (14) days, the ADR Program (213-894-2993) will assign a Panel Mediator.

IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 20-00638 |
|---|---|

**PARTIES:** James Rutherford
-v-
Freeman Property Ventures, LLC

**COMPLAINT FILED:** 03/30/20

| TRIAL TYPE: | Court |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel        X
Private Dispute Resolution
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| 02/16/21 | Court Trial at 9:00 a.m. |
| 02/11/21 | File Final Trial Exhibit Stipulation |
| 02/08/21 | Hearing on Motions in Limine at 1:30 p.m.<br>File Response to Findings of Fact & Conclusions of Law |
| 01/15/21 | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed |
| 01/01/21 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement |
| 12/21/20 | Last Date to Conduct Settlement Conference |
| 12/14/20 | Last Day for Hearing Motions |
| 12/07/20 | Discovery Cut-off |
| 03/24/00 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |