Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FREEMAN PROPERTY VENTURES LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 5:20-cv-00638-PA-AS<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendant FREEMAN PROPERTY VENTURES LLC, a California limited liability company**<br><br>Hon. Percy Anderson<br><br>Date: February 22, 2021<br>Time: 1:30 p.m.<br>Ctrm: 9A |

To Defendant FREEMAN PROPERTY VENTURES LLC, a California limited liability company, and their attorneys of record, if any: Please take notice that on **February 22, 2021 at 1:30 p.m.** or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9A, Los Angeles, CA 90012, Plaintiff James Rutherford will present his application for default judgment against Defendant FREEMAN PROPERTY VENTURES LLC, a California

---

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

limited liability company. The Clerk has previously entered Default as to Defendant FREEMAN PROPERTY VENTURES LLC, a California limited liability company, on January 15, 2020.

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Sections 206.1, 206.2.2, 406.3, 406.5, 502.6, and 505.2.

Plaintiff seeks an Order directing Defendant to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 14335 Hesperia Road, Suite 104 Victorville, CA 92395. Plaintiff further seeks $6,675.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Counsel for Defendant FREEMAN PROPERTY VENTURES LLC, a California limited liability company, on **January 18, 2021**, by first class United States Mail, postage prepaid.

Dated: January 18, 2021   **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff