Matthew C. Mullhofer, Esq.  SBN: 201527
LAW OFFICE OF MATTHEW C. MULLHOFER
2107 N. Broadway, Suite 103
Santa Ana, CA 92706
Telephone: 714-827-9955
Fax: 714-827-9966

Attorney for Freeman Property Ventures LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFONIRA

| | |
|---|---|
| JAMES RUTHERFORD, an individual.<br><br>Plaintiff,<br><br>FREEMAN PROPERTY VENTURES LLC, a California Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NUMBER: 5:20-cv-00638-PA-AS<br><br>DECLARATION OF MATTHEW C. MULLHOFER REGARDING THE NON-APPEARNCE AT FINAL PRE-TRIAL CONFERENCE ON 01-15-2021 AT 1:30PM VIA ZOOM |

I, MATTHEW C. MULLHOFER, declare:

1.  I am an attorney at law, licensed to practice before all courts of the State of California, and the attorney for the defendant herein. I know the facts contained in this Declaration to be true, and if called upon to do so, could and would competently testify thereto.

2.  On January 15, 2021 at 1:25pm, my secretary prepped my iPad for the Zoom Webinar that was set for January 15, 2021 at 1:30pm.

3.  I clicked on the Zoom Webinar Link, https://cacd-uscourts.zoomgov.com/j/1604406150?pwd=azl2dk4rcFhvUjJBNmhKLzZoLzRTZz09, which was was provided via email on January 14, 2021 from PA_Chambers@cacd.uscourts.gov.

4.  Once I was redirected to the Zoom application, the message, "Please Wait for the Host to Start this Meeting," appeared on my iPad screen.

5.  I proceeded to wait approximated ten (10) minutes and still the message, "Please Wait for the Host to Start this Meeting," remained on the screen.

6.  I then called into the Zoom Meeting at the +1 (669) 254-5252 which was also provided via email on January 14, 2021 from PA_Chambers@cacd.uscourts.gov.

7.  I received the same message: "Please Wait for the Host to Start this Meeting."

8.  I continued to wait for the meeting to begin until 2:00pm.

9.  At that time, I called the Manning Law office and the secretary indicated that the Zoom meeting was completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 19, 2021 at Santa Ana, California.

Respectfully submitted,

_____
MATTHEW C. MULLHOFER, Defendant

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, state of California. I am over the age of 18 and not a party to the within action; my business address is 2107 North Broadway, Suite 103, Santa Ana, California 92706.

On **January 19, 2021**, I served the foregoing document(s) described as **DECLARATION OF MATTHEW C. MULLHOFER REGARDING THE NON-APPEARANCE AT FINAL PRETRIAL CONFERENCE ON 01-15-2021 AT 1:30PM VIA ZOOM** on the interested parties in this action as follows:

> Osman M Taher
> Manning Law APC
> 20062 SW Birch Street, Suite 200
> Newport Beach, CA 92660

[ ]  **BY PLACING** [X] the original [ ] a true copy thereof enclosed in a sealed envelope(s) to the notification address(es) of record and transmitting via:

[X]  **U.S. MAIL:** I caused such envelope(s) to be delivered by first-class mail. I am "readily familiar" with the firm's practice of collection and processing mail. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered by overnight delivery by close of business the next business day.

[ ]  **ELECTRONIC TRANSMISSION:** I electronically transmitted a true and correct copy thereof to the email address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

[X]  **STATE:** I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on **January 21, 2021** at Santa Ana, California.

*/s/ Victoria Morales*
Victoria Morales